UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-9780-MWF(JEMx)** | Dated: **September 30, 2021** |
| Title: | Richard Smith -v- United Parcel Service, Inc. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez  
Courtroom Deputy

Not Reported  
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER**

In light of the Notice of Settlement [44] filed September 28, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 29, 2021 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other hearings and deadlines are hereby vacated.**

Initials of Deputy Clerk   rs