JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SMITH, an individual, ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 19-9780-MWF-(JEMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: September 11, 2019<br>Removal Date: November 14, 2019<br>Trial Date: January 11, 2022 |

Based on the Joint Stipulation filed concurrently herewith and good cause appearing, IT IS HEREBY ORDEREED that the case *Richard Smith v. United Parcel Services, Inc.; and Does 1 through 20, inclusive,* Case No. 2:19-cv-09780-MWF-(JEMx) is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are further vacated and no further proceedings shall take place.

**IT IS SO ORDERED.**

Dated: November 4, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge